**Craig DRIER, Employee,**

v.

**GROUNDED AIR, INC., Uninsured and David Herzog, Individually, Uninsured, Relators,**

and

**Eau Claire G.I. Associates S.C., Castleberg Clinic, S.C., Chippewa Valley Hospital, Intervenors,**

and

**Special Compensation Fund, Respondent.**

**No. A12–2350.**

Supreme Court of Minnesota.

Oct. 1, 2013.

Devin J. Murphy, Andrew M. Grimsrud, Aafedt, Forde, Gray, Monson & Hager, P.A., Minneapolis, MN, for relators.

Rory H. Foley, Assistant Attorney General, Office of the Minnesota Attorney General, Saint Paul, MN, for respondent.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on December 3, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____
G. Barry Anderson
Associate Justice